United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 16, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41048
Summary Calendar

_____

BRYON DALE MCLEOD,

Plaintiff-Appellant,

versus

GREGORY PATRICK BLACK,

Defendant-Appellee.

_____

Appeal from the United States District Court
For the Eastern District of Texas
(No. 6:04-CV-383)

_____

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.